IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CONSTITUTION PARTY OF, PENNSYLVANIA, et al. Plaintiffs | : : : | Civil Case |
| v. | : : : | |
| PEDRO A. CORTES, et al. Defendants | : : | No. 5:09-cv-01691 |

**ORDER**

**AND NOW**, this 31st day of March, 2010, upon consideration of motion to dismiss plaintiffs' amended complaint filed on behalf of the Justices of the Supreme Court of Pennsylvania, the Judges of the Commonwealth Court of Pennsylvania, Charles W. Johns, Prothonotary of the Supreme Court of Pennsylvania, and Michael F. Krimmel, Chief Clerk of the Commonwealth Court of Pennsylvania (Doc. # 9), plaintiffs' response thereto (Doc. # 12), defendants Pedro A. Cortes, Chet Harhut, and Thomas Corbett's motion to dismiss the amended complaint (Doc. # 17), plaintiffs' response thereto (Doc. # 19), plaintiffs' cross-motion to stay action against the judicial defendants and incorporated brief in support (Doc. # 14), and the judicial defendants' response thereto (Doc. # 16), it is hereby **ORDERED** that:

1. The defendants' motions (Doc. # 9 & 17) are GRANTED;

2. The plaintiffs' cross motion (Doc. # 14) is DISMISSED as moot; and

3. This case shall be marked closed for statistical purposes.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.