IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CONSTITUTION PARTY OF, PENNSYLVANIA, et al. | : : | |
| Plaintiffs | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTES, et al. | : | No. 5:09-cv-01691 |
| Defendants | : | |

**ORDER**

**AND NOW**, this 16th day of July, 2010, upon consideration of plaintiffs' motion for reconsideration of the court's opinion and order granting defendants' motions to dismiss (Doc. # 25), brief of the justices of the Supreme Court of Pennsylvania, the Judges of the Commonwealth Court of Pennsylvania, Charles W. Johns, Propthonotary of the Supreme Court, and Michael F. Krimmel, Chief Clerk of the Commonwealth Court of Pennsylvania in opposition to plaintiffs' motion for reconsideration (Doc. # 26), and brief of defendants Cortes, Harhut and Corbett in opposition to plaintiffs' motion for reconsideration (Doc. # 27), it is hereby **ORDERED** that plaintiffs' motion is DENIED for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.